# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **RYAN BUFORD,** | ) |
| | ) |
|     **Petitioner,** | ) |
| | ) |
| **v.** | )     **Case No. 3:21-cv-00279** |
| | )     **Judge Aleta A. Trauger** |
| **KENNETH NELSEN, Warden,**[1] | )     **Magistrate Judge Jeffrey S. Frensley** |
| | ) |
|     **Respondent.** | ) |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc.

No. 15), finding the claims raised in petitioner Ryan Buford's Petition for Writ of Habeas Corpus

Pursuant to 28 U.S.C. § 2254 (Doc. No. 1) to be without merit and recommending that the Petition

be denied, without an evidentiary hearing. The petitioner has filed Objections (Doc. No. 16) to the

R&R's handling of two issues implicated by one of the claims raised in his Petition. He does not

object to the recommendation that his request for a hearing be denied or to the recommendation

that relief be denied as to his other claims.

For the reasons stated in the accompanying Memorandum, the petitioner's Objections

(Doc. No. 16) are **OVERRULED**. The R&R (Doc. No. 15) is **ACCEPTED** in its entirety.

---

[1] The proper respondent to a habeas petition is "the person who has custody over [the petitioner]." 28 U.S.C. § 2242; *see also* 28 U.S.C. § 2243. The prisoner's immediate physical custodian is the warden of the facility where the prisoner is being held. *Rumsfeld v. Padilla*, 542 U.S. 426, 434–35 (2004) (citing *Wales v. Whitney*, 114 U.S. 564, 574 (1885)). Accordingly, Kenneth Nelson, in his official capacity as Warden of Riverbend Maximum Security Institution where the petitioner is currently incarcerated, is substituted as the appropriate respondent in this action.

Accordingly, the Petition (Doc. No. 1) is **DENIED**, and this case is **DISMISSED WITH PREJUDICE**.

Further, the court **DENIES** a Certificate of Appealability ("COA"). The petitioner may, however, request a COA directly from the Sixth Circuit Court of Appeals. Fed. R. App. P. 22(b)(1).

This is a final judgment for purposes of Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge